

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2022

No. 04-21-00569-CV

Richard **GIBSON** and All Other Occupants,
Appellant

v.

Shawn C. **BROWN,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV04375
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellant's brief was due on March 11, 2022. Neither the brief nor a motion for extension of time has been filed. Appellant is therefore ORDERED to file, **no later than April 4, 2022**, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response by **April 4, 2022**, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court